**Fill in this information to identify the case:**

Debtor: Alamo Liberty, LLC

United States Bankruptcy Court for the: District of Delaware

Case number (if known): 21-10491

☒ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals 12/15

## Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $21,476,092.91

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $6,300,661.85

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $27,776,754.76

## Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . . $105,532,396.18

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . . . NOT APPLICABLE

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F . . . . . . . . . . . . . . + $208,799.92

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $105,741,196.10
   Lines 2 + 3a + 3b

Official Form 206Sum    Page 1 of 1

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Alamo Liberty, LLC |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 21-10491 |

☒ Check if this is an amended filing

# Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

1. **1. Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

**Part 1:  List All Creditors with Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** *Do not deduct the value of collateral.* | **Value of collateral that supports this claim** |

**DELETED**

| 2.9 | **Creditor's name** FORTRESS CREDIT CORPORATION | **Describe debtor's property that is subject to a lien** | UNKNOWN | UNDETERMINED |
|---|---|---|---|---|
| | **Creditor's mailing address** AS ADMINISTRATIVE AGENT ATTN: D. BROOKS, D. SHARPE, ET AL 1345 AVENUE OF THE AMERICAS, 46TH FL NEW YORK, NY  10105 | **Describe the lien** UCC FILING NUMBER - 202101225154294 | | |
| | | **Is the creditor an insider or related party?** ☒ No ☐ Yes | | |
| | **Creditor's email address** GCCREDIT@FORTRESS.COM; CREDITOPERATIONS@FORTRESS.COM; BSTEWART@FORTRESS.COM; MPOLIDORO@FORTRESS.COM | **Is anyone else liable on this claim?** ☒ No ☐ Yes | | |
| | **Date or dates debt was incurred** 1/22/2021 | **As of the petition filing date, the claim is:** *Check all that apply.* | | |
| | **Last 4 digits of account number:** | ☒ Contingent ☒ Unliquidated ☐ Disputed | | |
| | **Do multiple creditors have an interest in the same property?** ☒ No ☐ Yes | | | |

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $105,532,396.18 |
|---|---|---|

**Fill in this information to identify the case:**

Debtor: Alamo Liberty, LLC

United States Bankruptcy Court for the: District of Delaware

Case number (if known): 21-10491

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Delcaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☒ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 4/28/2021
MM / DD / YYYY

✗ /s/ Matthew Vonderahe
Signature of individual signing on behalf of debtor

Matthew Vonderahe
Printed name

Chief Financial Officer
Position or relationship to debtor